FILED
DECEMBER 7, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6906**

In the Matter of                                                Case Number:

GERALD M. McLAUGHLIN, Plaintiff
v.
RICHARD CASLER, KENNETH FRITZ, and
the VILLAGE OF SCHAUMBURG, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff GERALD M. McLAUGHLIN

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| NAME (Type or print)<br> Arthur R. Ehrlich | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Arthur R. Ehrlich | |
| FIRM<br> GOLDMAN & EHRLICH | |
| STREET ADDRESS<br> 19 S LaSalle St, Ste 1500 | |
| CITY/STATE/ZIP<br> Chicago, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 06187364 | TELEPHONE  NUMBER<br> (312) 332-6733 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐