FILED
DECEMBER 7, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

GERALD M. McLAUGHLIN, Plaintiff
v.
RICHARD CASLER, KENNETH FRITZ, and the VILLAGE OF SCHAUMBURG, Defendants.

Case Number: **07 C 6906**

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff GERALD M. McLAUGHLIN

| | |
|---|---|
| NAME (Type or print) | |
| Jonathan C. Goldman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jonathan C. Goldman | |
| FIRM | |
| GOLDMAN & EHRLICH | |
| STREET ADDRESS | |
| 19 S LaSalle St, Ste 1500 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06210828 | (312) 332-6733 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |