IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD M. McLAUGHLIN,<br><br>Plaintiff<br><br>v.<br><br>RICHARD CASLER, individually and in his official capacity, KENNETH FRITZ, individually and in his official capacity, and the VILLAGE OF SCHAUMBURG,<br><br>Defendants. | No.   07 C 6906<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Brown<br><br>JURY DEMANDED |

## NOTICE OF FILING

TO:  VILLAGE OF SCHAUMBURG
c/o Iain D. Johnston, Esq.
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 20th day of December 2007, we filed the WAIVER OF SERVICE OF SUMMONS as to the Village of Schaumburg in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto.

/s/ Arthur R. Ehrlich
Arthur R. Ehrlich of GOLDMAN & EHRLICH, as attorney for Plaintiff GERALD M. McLAUGHLIN

## PROOF OF SERVICE

I, Arthur R. Ehrlich, an attorney on oath, state that I served this notice by mailing a copy to the VILLAGE OF SCHAUMBURG c/o Iain D. Johnston at the above address and depositing the same in the U.S. mail at 19 South LaSalle Street, Chicago, Illinois 60603, at or about 5:00 p.m. on December 20, 2007, with proper postage prepaid.

/s/ Arthur R. Ehrlich

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364