IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD M. McLAUGHLIN, | ) |
| Plaintiff | ) ) ) |
| v. | ) No.   07 C 6906 ) ) Judge Der-Yeghiayan ) Magistrate Judge Brown |
| RICHARD CASLER, individually and in his official capacity, KENNETH FRITZ, individually and in his official capacity, and the VILLAGE OF SCHAUMBURG, | ) ) ) ) ) ) |
| Defendants. | ) JURY DEMANDED ) |

## NOTICE OF FILING

TO:   RICHARD CASLER
c/o Iain D. Johnston, Esq.
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 20th day of December 2007, we filed the WAIVER OF SERVICE OF SUMMONS as to Richard Casler in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto.

/s/ Arthur R. Ehrlich
Arthur R. Ehrlich of GOLDMAN & EHRLICH, as
attorney for Plaintiff GERALD M. McLAUGHLIN

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364

## PROOF OF SERVICE

I, Arthur R. Ehrlich, an attorney on oath, state that I served this notice by mailing a copy to RICHARD CASLER c/o Iain D. Johnston at the above address and depositing the same in the U.S. mail at 19 South LaSalle Street, Chicago, Illinois 60603, at or about 5:00 p.m. on December 20, 2007, with proper postage prepaid.

/s/ Arthur R. Ehrlich