IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD M. McLAUGHLIN, ) <br> ) <br> Plaintiff ) <br> ) No.   07 C 6906 <br> v. ) <br> ) Judge Der-Yeghiayan <br> RICHARD CASLER, individually and in ) Magistrate Judge Brown <br> his official capacity, KENNETH ) <br> FRITZ, individually and in his official ) <br> capacity, and the VILLAGE OF ) <br> SCHAUMBURG, ) <br> ) JURY DEMANDED <br> Defendants. ) | |

## NOTICE OF FILING

TO:   Kenneth J. Fritz
Village Manager
Village of Schaumburg
101 Schaumburg Court
Schaumburg, IL 60193

**PLEASE TAKE NOTICE** that on the 20th day of December 2007, we filed the SUMMONS RETURNED EXECUTED as to Kenneth J. Fritz in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto.

/s/ Arthur R. Ehrlich
Arthur R. Ehrlich of GOLDMAN & EHRLICH, as attorney for Plaintiff GERALD M. McLAUGHLIN

## PROOF OF SERVICE

I, Arthur R. Ehrlich, an attorney on oath, state that I served this notice by mailing a copy to KENNETH J. FRITZ at the above address and depositing the same in the U.S. mail at 19 South LaSalle Street, Chicago, Illinois 60603, at or about 5:00 p.m. on December 20, 2007, with proper postage prepaid.

/s/ Arthur R. Ehrlich

LAW OFFICES
GOLDMAN & EHRLICH
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364