## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6906 |
|---|---|

Gerald M. McLaughlin

v.

Richard Casler, individually and in his official capacity,
Kenneth Fritz, individually and in his official capacity, and the
Village of Schaumburg

Judge Der-Yeghiayan
Magistrate Judge Brown

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Schaumburg, Richard Casler, Kenneth Fritz

| NAME (Type or print) |
|---|
| Iain D. Johnston |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Iain D. Johnston |

| FIRM |
|---|
| Holland & Knight, LLP |

| STREET ADDRESS |
|---|
| 131 S. Dearborn Street, 30th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204667 | 312-578-6577 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐