IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD M. McLAUGHLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07 C 6906 |
| | ) Judge Der-Yeghiayan |
| RICHARD CASLER, individually and in his official capacity, KENNETH FRITZ, individually and in his official capacity, and the VILLAGE OF SCHAUMBURG, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF MOTION

To: Arthur R. Ehrlich
Goldman & Ehrlich
19 South La Salle Street
Suite 1500
Chicago, IL 60603

PLEASE TAKE NOTICE that on February 28, 2008, at 9:30 a.m., or as soon thereafter as Counsel may be heard, I shall appear, on behalf of Defendants Richard Casler, et al., before the Honorable Judge Der-Yeghiayan in Courtroom 1903 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the Court with the attached **Defendants' Motion for Judgment on the Pleadings**.

Respectfully submitted,
Village of Schaumburg

By: s/ Iain D. Johnston

Jack M. Siegel
Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn Street
30th Floor
Chicago, Illinois 60603
(312) 263-3600

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, certifies that a true and correct copy of the foregoing Notice of Motion together with Defendants' Motion for Judgment on the Pleadings were served electronically on the following attorneys:

> Arthur R. Ehrlich
> Goldman & Ehrlich
> 19 South La Salle Street
> Suite 1500
> Chicago, IL  60603

on February 20, 2008.

s/ Iain D. Johnston

# 5136489_v1