**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Gerald M. McLaughlin
                       Plaintiff,

v.                                   Case No.: 1:07−cv−06906
                                     Honorable Samuel Der−Yeghiayan

Richard Casler, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 28, 2008:

       MINUTE entry before Judge Samuel Der−Yeghiayan : Defendants Richard Casler, Kenneth Fritz, and Village of Schaumburg's motion for judgment on the pleadings [16] is entered and continued. Plaintioff's response shall be filed by 03/20/08 and Defendants' reply shall be filed by 03/27/08. Plaintiff's expert disclosure and reports shall be served by 07/03/08. Defendants' expert disclosure and reports shall be served by 07/17/08. All discovery shall be noticed in time to be completed by 08/01/08. Dispositive motions are to be filed by 08/29/08. Responses to the dispositive motions, if any, are to be filed by 09/12/08 and replies, if any, are to be filed by 09/19/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.