IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD M. McLAUGHLIN, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> RICHARD CASLER, individually and in ) <br> his official capacity, KENNETH ) <br> FRITZ, individually and in his official ) <br> capacity, and the VILLAGE OF ) <br> SCHAUMBURG, ) <br> ) <br> Defendants. ) | No. 07 C 6906 <br><br> Judge Der-Yeghiayan <br> Magistrate Judge Brown <br><br><br> JURY DEMANDED |

## NOTICE OF FILING

TO: Iain D. Johnston, Esq.
Holland & Knight LLC
131 South Deaborn Street
30th Floor
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 20th day of March 2008, we filed PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto.

/s/ Arthur R. Ehrlich
Arthur R. Ehrlich of GOLDMAN & EHRLICH, as
attorney for Plaintiff GERALD M. McLAUGHLIN

## PROOF OF SERVICE

I, Arthur R. Ehrlich, an attorney on oath, hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: IAIN D. JOHNSTON.

/s/ Arthur R. Ehrlich

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364