IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD M. McLAUGHLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 6906 |
| ) | Judge Der-Yeghiayan |
| RICHARD CASLER, individually and in ) | |
| his official capacity, KENNETH ) | |
| FRITZ, individually and in his official ) | |
| capacity, and the VILLAGE OF ) | |
| SCHAUMBURG, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING CHANGE OF ADDRESS

To:  Arthur R. Ehrlich
Goldman & Ehrlich
19 South La Salle Street
Suite 1500
Chicago, IL 60603

PLEASE TAKE NOTICE that effective April 1, 2008, the address of Iain D. Johnston will be:

IAIN D. JOHNSTON
Johnston Greene LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
312/341-3900
FAX: 312/341-0700
E-mail: ijohnston@johnstongreene.com

             s/ Iain D. Johnston
           IAIN D. JOHNSTON

Iain D. Johnston
Bar Number 6204667
Holland & Knight LLP
131 S. Dearborn Street
Chicago, IL 60603
312/578-6577

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that a true and correct copy of the foregoing Notice of Filing Change of Address were served electronically on the following attorneys:

>Arthur R. Ehrlich
>Goldman & Ehrlich
>19 South La Salle Street
>Suite 1500
>Chicago, IL  60603

on March 31, 2008.

                                                      s/ Iain D. Johnston

# 5234996_v1