## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 6906 | **DATE** | 5/19/2008 |
| **CASE TITLE** | Gerald M. McLaughlin vs. Richard Casler , et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 05/19/08, Defendants Richard Casler, Kenneth Fritz, and Village of Schaumburg's partial motion for judgment on the pleadings [16] is granted. All dates previously set on 02/28/08 are to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|