IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD M. McLAUGHLIN, ) <br> ) <br> Plaintiff ) <br> ) No.  07 C 6906 <br> v. ) <br> ) Judge Der-Yeghiayan <br> RICHARD CASLER, individually and in ) Magistrate Judge Brown <br> his official capacity, KENNETH ) <br> FRITZ, individually and in his official ) <br> capacity, and the VILLAGE OF ) <br> SCHAUMBURG, ) <br> ) <br> Defendants. ) | |

## NOTICE OF MOTION

TO:   Iain D. Johnston, Esq.                 Jack M. Siegel, Esq.
      JOHNSTON GREENE LLC              HOLLAND & KNIGHT LLP
      542 South Dearborn Street             131 South Dearborn Street
      Suite 1310                                       30th Floor
      Chicago, IL 60605                          Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 5th day of August 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Samuel Der-Yeghiayan or any other judge sitting in his stead in the courtroom usually occupied by him, Room 1903 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached PARTIES' JOINT MOTION TO EXTEND DISCOVERY, at which time you may appear if you see fit.

/s/ Arthur R. Ehrlich
Arthur R. Ehrlich of GOLDMAN & EHRLICH, as
attorney for Plaintiff GERALD M. McLAUGHLIN

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364

## PROOF OF SERVICE

I, Arthur R. Ehrlich, an attorney on oath, hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: IAIN D. JOHNSTON and JACK M. SIEGEL.

/s/ Arthur R. Ehrlich