**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Gerald M. McLaughlin
                                Plaintiff,

v.                                                      Case No.: 1:07−cv−06906
                                                       Honorable Samuel Der−Yeghiayan

Richard Casler, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: The parties' joint motion for extension of time to complete discovery [25] is granted as follows: All discovery shall be noticed in time to be completed by 10/03/08. Dispositive motions are to be filed by 11/03/08. Responses to the dispositive motions, if any, are to be filed by 11/17/08 and replies, if any, are to be filed by 11/24/08. Status hearing reset to 01/21/09 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.